No. 09–11410. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11411. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 09–11412. SUMMERS v. DENNEY, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 09–11413. QUESADA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–11414. MEZZULO v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 09–11415. WILSON v. KAUTEX. C. A. 7th Cir. Certiorari denied.

No. 09–11416. EDWARDS v. COOPER, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 09–11417. VERNON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11418. WILLIAMS v. TATUM, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 09–11420. CABOT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–11421. CIBRIAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11422. CRUZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11423. CLINE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11424. DAVIS v. KIA MOTORS AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11425. HOOD v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Tenn. Certiorari denied.